Order issued August 18, 2016



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00251-CV

———————————

## LAURA ZARAGOZA RODRIGUEZ DE REYES, ET AL., Appellants

## V.

## EVANGELINA LOPEZ GUZMAN ZARAGOZA, Appellee

On Appeal from the 245th District Court
Harris County, Texas
Trial Court Case No. 2014-30215

## MEMORANDUM ORDER

Laura Zaragoza Rodriguez de Reyes, an appellant in this case, has filed an unopposed motion to dismiss her individual appeal. We grant the motion and dismiss the appeal filed by Laura Zaragoza Rodriguez de Reyes. *See* TEX. R. APP. P. 42.1(a)(1). The appeals of all other appellants remain pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Lloyd.